UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Amcor, Inc.

Plaintiff,

-v-

The CIT Group/Commercial Services, Inc.

Defendant.

---

Case No. 08 cv 4508

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Amcor, Inc.              (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Amcor, Inc. hereby declares that it is a wholly-owned subsidiary of Amcor Ltd., a U.K. registered private company. No publicly traded company is holding directly or indirectly 10% or more of Amcor, Inc. shares.

**Date:** May 14, 2008

**Signature of Attorney**

Attorney Bar Code: 73-1642

Form Rule7_1.pdf   SDNY Web 10/2007