UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AMCOR, INC., :
:
        Plaintiff, :     Case No: 08cv4508
:
-vs- :     AFFIDAVIT OF
:     SERVICE
THE CIT GROUP/COMMERCIAL SERVICES, INC., :
:
        Defendant. :
------------------------------------------------------------------- x

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

        Sarah Fehm, being duly sworn, affirms and says:

        I am not a party to the action, am over 18 years of age, and reside in New York, New York.

        On May 19, 2008, I served a true and correct copy of the Summons, Civil Cover Sheet, Rule 7.1 Statement, and Complaint via hand to the following:

CIT Group Commercial Services
11 West 42nd Street, 12th Floor
New York, New York 10036
Attn: Bruce Tenzer, Esq.

                                                                     Sarah Fehm

Sworn to before me this
19th day of May, 2008

Nicholas G. Arons
Notary Public, State of New York
No. 02AR6175863
Qualified in Kings County
Commission Expires October 15, 2011