Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMCOR, INC.,

             Plaintiff,

             -vs-

THE CIT GROUP/COMERCIAL
SEVICES, INC.,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No: 08cv4508 (BSJ)(HBP)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for all parties, that the time for Defendant The CIT Group/Commercial Services, Inc., to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended from June 9, 2008, to and including June 23, 2008.

Dated: June 9, 2008

ORANS, ELSEN, LUPERT & BROWN LLP         HUNTON & WILLIAMS LLP

By: _____              By: _____
Thomas A. Brown II                       Richard P. Norton
875 Third Avenue, 28th Floor             Ryan A. Becker
New York, New York 10022                 200 Park Avenue, 52nd Floor
(212) 586-2211                           New York, New York 10166
tbrown@oellaw.com                        (212) 309-1000
                                         morton@hunton.com
*Attorneys for Plaintiff Amcor, Inc.*    rbecker@hunton.com

                                                         *Attorneys for Defendant The CIT Group/Commercial Services, Inc.*

SO ORDERED:

_____
6/10/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08