UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                                                      :

AMCOR, INC.                                 :
                                                     :  Case No. 08 CV 4508
           Plaintiff,           :

          - against -          :

THE CIT GROUP/ COMMERCIAL  :
SERVICES, INC.                     :

           Defendant.          :
------------------------------X

### Rule 7.1 Statement of Defendant The CIT Group/ Commercial Services, Inc.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The CIT Group/ Commercial Services, Inc. ("CIT Commercial Services") states as follows:

1.    The CIT Group/Commercial Services, Inc. is a direct, wholly owned subsidiary of The CIT Group/Equipment Financing, Inc., which is in turn a direct, wholly owned subsidiary of CIT Group Inc., which trades under the ticker symbol "CIT" on the New York Stock Exchange.

Dated:  New York, New York
         June 23, 2008

                                              HUNTON & WILLIAMS LLP

                                 By: /s/ Ryan A. Becker
                                     Richard P. Norton
                                     Ryan A. Becker
                                     200 Park Avenue -- 52nd Floor
                                     New York, New York 10166-0005
                                     212 • 309 • 1000
                                     rnorton@hunton.com
                                     rbecker@hunton.com

                                     Attorneys for Defendant
                                     THE CIT GROUP/ COMMERCIAL
                                     SERVICES, INC.

## **DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant The CIT Group/Commercial Services, Inc.

That on June 23, 2008, I served a true copy of the attached Rule 7.1 Statement of Defendant CIT Group/Commercial Services, Inc., on Plaintiff's Counsel, at the address listed below, via the Court's Authorized ECF Transmission Facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2008

/s/ Bradford C. Mulder
Bradford C. Mulder

TO: Thomas A. Brown, II
Orans, Elsen Lupert & Brown LLP
875 Third Avenue, 28th Floor
New York, New York 10020
tbrown@oellaw.com