USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

AMCOR, INC.,                       :

                Plaintiff,     :     08 Civ. 4508 (BSJ)(HBP)

  -against-                       :     SCHEDULING
                                              ORDER
THE CIT GROUP/COMMERCIAL          :
SERVICES, INC.,
                                   :

                Defendant.
                                   :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A conference having been held in this matter on July 9, 2008 during which various scheduling matters were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

       1.  Defendant's application to stay discovery is denied.

Dated:  New York, New York
       July 11, 2008

                              SO ORDERED

                              _____
                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

Thomas A. Brown, II, Esq.
Orans, Elsen & Lupert, LLP
28th Floor
875 Third Avenue
New York, New York  10020

Richard Norton, Esq.
Ryan A. Becker, Esq.
Hunton & Williams, LLP
52nd Floor
200 Park Avenue
New York, New York  10166-0005