UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMCOR, INC.,

                Plaintiff,

         - against -                  Case No. 08 CV 4508 (BSJ)(HBP)

THE CIT GROUP/ COMMERCIAL
SERVICES, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-09

## [PROPOSED] ORDER FOR FILING DOCUMENTS UNDER SEAL

Upon joint request of all parties, it is hereby ORDERED as follows:

1.    Materials designated as "Confidential" pursuant to the September 30, 2008 Protective Order in this case need not be filed with the Clerk except when referenced in memoranda, declarations, Rule 56.1 statements, exhibits or otherwise in connection with motions under Federal Rule of Civil Procedure 56 or other matters pending before the Court. In that event, such items shall be filed under seal and shall remain sealed while in the office of the Clerk so long as they retain their status as Confidential Materials. Redacted copies of any filings containing Confidential Materials shall be publicly filed with the Clerk's Office.

SO ORDERED:

_____      Date: 4-2-09
Hon. Henry B. Pitman
U.S.M.J.